THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AKEEM WALLACE, Appellant.

Submitted April 24, 2017; decided April 27, 2017

Motion for assignment of counsel granted and David C. Schopp, Esq., The Legal Aid Bureau of Buffalo, Inc., 290 Main Street, Suite 350, Buffalo, NY 14202 assigned as counsel to the appellant on the appeal herein.